UNITED STATES DISTRICT COURT
FOR THE District of New Jersey [LIVE]
U.S. District Court for the District of New Jersey

PEDRO ROBERTS

                    Plaintiff,

v.                                   Case No.: 2:18−cv−08330−JMV−JBC
                                         Judge John Michael Vazquez

TRIBECA AUTOMOTIVE, INC., et al.

                    Defendant.


Clerk, Superior Court of New Jersey
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

State No: ESX−L−5298−16

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                          Very truly yours,

                                          William T. Walsh, Clerk
                                          By Deputy Clerk, sms

encl.
cc: All Counsel